## No. 10,931.

### THE STATE OF LOUISIANA VS. PATRICK HENNESSEY.

This court will not entertain appeals based on the illegality or unconstitutionality of fines imposed by municipal ordinance, when that question was not presented or passed upon in the lower court.

APPEAL from the Fourth Recorder's Court for the Parish of Orleans. *Smith, J.*

| 44 | 805 |
| 49 | 794 |
| 44 | 805 |
| 52 | 883 |
| 44 | 805 |
| 117 | 426 |
| 44 | 805 |
| 125 | 60 |

*Henry Renshaw,* Assistant City Attorney, and *Carleton Hunt,* City Attorney, for Plaintiff and Appellee.

---

*Wm. L. Thompson* and *J. M. Pratt* for Defendant and Appellant.

---

The opinion of the court was delivered by

FENNER, J.   The case presents no ground for our jurisdiction except the illegality or unconstitutionality of the fine imposed under a municipal ordinance.   As the record does not show that this question was presented or contested in the court below, we must, under our settled rule, dismiss the appeal.

Appeal dismissed at appellant's cost.